JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVARISTO DURAN, | ) | Case No.: CV 09-7493 DSF (DTBx) |
| Plaintiff, | ) | |
| vs. | ) | |
| FIRST NATIONAL BANK OF ARIZONA, a National Banking Association, JP MORGAN CHASE BANK, a National Association, and QUALITY LOAN SERVICE CORPORATION, a California Corporation, | ) | JUDGMENT |
| Defendants. | ) | |

Plaintiff's claims having been dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the claims against JP Morgan Chase Bank and Quality Loan Service Corporation be dismissed with prejudice, and that the claims against First National Bank of Arizona be dismissed without prejudice.

Dated: 1/11/11

_____
Dale S. Fischer
United States District Judge